Donald F. Manno
601 Longwood Avenue
Cherry Hill, New Jersey 08002
856-665-6464  609-314-9419
Attorney for Eric Maione

| | | |
|---|---|---|
| UNITED STATES | ) | UNITED STATES DISTRICT COURT |
| | ) | FOR THE DISTRICT OF NEW JERSEY |
| | ) | |
| v. | ) | |
| | ) | DOCKET NO. 08-327 (SRC) |
| | ) | |
| | ) | |
| ERIC MAIONE | ) | ORDER EXTENDING |
| | | SURRENDER DATE |

This matter having come before the Court on the motion of defendant Eric Maione, by his attorney Donald F. Manno, Esq. for an order extending the time to surrender on the sentence imposed by this Court on February 10, 2011; and the United States by Assistant United States Attorney Bohdan Vitvitsky, Esq. having no objection; and this extension being necessary because Mr. Maione has not yet been sentenced in the matter where he has plead guilty in EDNY; and sentencing currently being scheduled for October 26, 2011, having been postponed for the convenience of the Court without the consent or request of Mr. Maione; and this Court having previously directed Mr. Maione to self surrender on October 15, 2011; and for good cause shown;

IT IS ON THIS 17 day of October, 2011;

ORDERED that Eric Maione shall surrender on October 28, 2011 to the institution designated by the United States Bureau of Prisons.

HONORABLE STANLEY R. CHESLER
United States District Judge

I consent to the form and content of this order.

Donald F. Manno Esq.
Attorney for Eric Maione

Bohdan Vitvitsky, Esq.
Assistant U. S. Attorney