## UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| **The United States** | : | Hon. Stanley R. Chesler |
| v. | : | Crim. No. 08-327-13 |
| **Christopher Doscher** | : | **ORDER DENYING APPLICATION FOR EARLY RELEASE** |

Upon the application *pro se* of defendant Christopher Doscher for early release from probation and the opposition of the United States, by PAUL J. FISHMAN, United States Attorney for the District of New Jersey (Bohdan Vitvitsky, Assistant United States Attorney, appearing) to this application, and upon due consideration of all of the facts and circumstances related to this case and this Defendant,

IT IS on this _____ day of October, 2011,

ORDERED that defendant Christopher Doscher's application for early release from probation is denied.

Hon. STANLEY R. CHESLER
United States District Judge