September 20, 2012

To : Stanley R. Chesler, District Court Judge

08-327 (08) (SRC)

Martin Luther King Jr. Federal Building&Courthouse
PO Box 0999
Newark, NJ 07102-0999

Dear Your Honor,

I am requesting to take my annual family vacation to Aruba, September 29th to October 6th. I submitted the travel form and am contacting you now to get this approved. I apologize for the short notice, but I wasn't aware of the procedure. Thankfully, Mrs. Jensen directed me in the right direction. Last year you approved my trip and I would really appreciate you doing this again for me. I am traveling with my pregnant wife, my 2-year-old son and my in laws (her mother and step father). We take this trip every year and it would cost me $600 for my ticket if I wasn't allowed to go plus my room fees. I am almost completed with my 2-year probation (ends November), did everything I was supposed to do and followed all instructions that I was given. Again, I'm sorry for the short notice, it would mean a lot to me if you could approve this so I can take this trip with my family. They would be devastated if I was unable to go. Thank you very much.

**Justin Cerrato**

*Co-Owner of J & J Basketball*

*Director of Garden State Warriors AAU*

Certified Basketball Official - Board 168

973-590-8299 (Cell)

JustinCerrato@Gmail.com

GardenStateBasketball@Gmail.com

www.jjhoops.com

OK to travel

9/25/12

SO ORDERED: